# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ISAIAS PINEDA and ALICE CLARK,** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No. 4:22-cv-1726 |
| § | |
| **MIDLAND MORTGAGE, A DIVISION** § | |
| **OF MIDFIRST BANK and BARRETT** § | |
| **DAFFIN FRAPPIER TURNER &** § | |
| **ENGEL, LLP,** § | |
| § | |
| *Defendants.* § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Isaias Pineda and Alice Clark and Defendants Midland Mortgage, a Division of MidFirst Bank and Barrett Daffin Frappier Turner & Engel, LLP hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or that could have been asserted by Plaintiffs against Defendants are hereby dismissed.

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins – *Attorney In Charge*
State Bar No. 24036497
SD ID No. 926469
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP – *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
SD ID No. 2647781
BARRETT DAFFIN FRAPPIER

        TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com

**ATTORNEYS FOR MIDFIRST**

By: /s/ *Mark D. Hopkins*
Mark D. Hopkins
State Bar No. 00793975
Shelley L. Hopkins
State Bar No. 24036497
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR BDFTE**

By: /s/ *James Rivera*
James Rivera
State Bar No. 24007921
1004 Prairie St.
Houston, Texas 77002
jamesrivera713@gmail.com

**ATTORNEYS FOR PLAINTIFF**